A. Michael Barker, Esquire
Barker, Gelfand & James
A Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
Our File Number: 46640-38
Attorney for Defendants, Deptford Township; Deptford Township Police Department; Daniel Murphy; Matthew Principato; Edward Kiermeier

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY - CAMDEN

| | |
|---|---|
| JOHN COKOS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPTFORD TOWNSHIP d/b/a Deptford Township Police Department;<br><br>DANIEL MURPHY, individually and in his official capacity as Chief of the Deptford Township Police Department;<br><br>GLOUCESTER COUNTY d/b/a Deptford Township Police Department;<br><br>MATTHEW PRINCIPATO, individually and in his official capacity as Police Officer for the Deptford Township Police Department;<br><br>EDWARD KIERMEIER, individually and in his official capacity as Police Officer for the Deptford Township Police Department;<br><br>JOHN DOES 1-10,<br><br>    Defendants. | Civil Action<br>Number 13-cv-06810 (JEI/AMD)<br><br>**NOTICE OF MOTION TO DISMISS DEFENDANT DANIEL MURPHY** |

PLEASE TAKE NOTICE that the undersigned, on behalf of the Defendants, Deptford Township; Deptford Township Police Department; Daniel Murphy; Matthew Principato; Edward Kiermeier, shall move before the Honorable Joseph E. Irenas, United States District Court Judge in the United States Court House, Camden, New Jersey, on a date and time to be set by the Court, for an Order granting Defendants' Motion to Dismiss Daniel Murphy as a Defendant.

PLEASE TAKE NOTICE that the undersigned offers the attached Brief, in support of the Motion to Dismiss.

Respectfully Submitted:

**BARKER, GELFAND & JAMES**
**a Professional Corporation**

By: _/s/ A. Michael Barker_
A. Michael Barker, Esquire

Dated: March 12, 2014