# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

[30]

| | | |
|---|---|---|
| John Cokos<br>729 Howard Ave.<br>Wenonah, NJ 08090 | :<br>:<br>:<br>: | NO.:  13-6810 |
| Plaintiff, | : | |
| v. | : | |
| Deptford Township d/b/a<br>Deptford Township Police Department, et al.<br>1011 Cooper Street<br>Deptford, NJ 08096 | :<br>:<br>:<br>: | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## ORDER

AND NOW this ___10th___ day of ___June___, 2014, upon consideration of Plaintiff's Motion to Enlarge Pleadings' Amendment Deadline, and any response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion and this Honorable Court's deadline for Plaintiff to amend his pleading to add new parties or otherwise is enlarged thirty (30) days from the date of entry of this Order.

**AND IT IS SO ORDERED.**

_____
Ann Marie Donio        ,M.J.